UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    PASTEUR & WELLMAX TRANSPORTATION, LLC
c/o LESLIE GOMEZ-SAIZ, its Registered Agent
6355 NW 36 STREET
STE 1100
VIRGINIA GARDENS, FL 3316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brian H. Pollock, Esq.
> FairLaw Firm
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:    (305) 230-4884
> brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 6, 2025               *CLERK OF COURT*



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
Deputy Clerk
U.S. District Courts