UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX
TRANSPORTATION, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, PASTEUR & WELLMAX TRANSPORTATION, LLC**

    Plaintiff, Alexis Lopez files the Return of Service on Defendant, Pasteur & Wellmax Transportation, LLC (served on February 13, 2025).

    Dated this 14th day of February 2025.

                                       s/Brian H. Pollock, Esq.
                                       Brian H. Pollock, Esq.
                                       Fla. Bar No. 174742
                                       brian@fairlawattorney.com
                                       FAIRLAW FIRM
                                       135 San Lorenzo Avenue
                                       Suite 770
                                       Coral Gables, FL 33146
                                       Tel:    305.230.4884
                                       *Counsel for Plaintiff*