# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-20558

Plaintiff:
**ALEXIS LOPEZ**

vs.

Defendant:
**PASTEUR & WELLMAX TRANSPORTATION, LLC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 7th day of February, 2025 at 3:48 pm to be served on **PASTEUR & WELLMAX TRANSPORTATION, LLC c/o LESLIE GOMEZ-SAIZ, its Registered Agent, 6355 NW 36 Street, Suite 1100, Virginia Beach, FL 33166**.

I, Joseph Onega, do hereby affirm that on the **13th day of February, 2025** at **10:55 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Liz Calvo** as **authorized employee to accept service of process** for **PASTEUR & WELLMAX TRANSPORTATION, LLC**, at the address of: **6355 NW 36 Street, Suite 1100, Virginia Beach, FL 33166**, and informed said person of the contents therein, in compliance with Florida statute   48.062

**Additional Information pertaining to this Service:**
2/11/2025  11:51 am  Attempted service at 6355 NW 36 Street, Suite 1100, Virginia Beach, FL 33166. The door is locked. No one is present.
2/13/2025  10:57 am  I served Liz Calvo, receptionist. She stated that she is authorized to accept service and that Leslie Gomez-Saiz is not in the office.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 135, Hair: Black, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025000178