UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

      Plaintiff,

vs.

PASTEUR & WELLMAX TRANSPORATION, LLC,

      Defendant.

_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

      Plaintiff, Alexis Lopez, pursuant to the Court's Notice of Court Practice in Actions Brought Under the Fair Labor Standards Act entered February 7, 2025 [ECF No. 4], files this Statement of Claim based on the information known to him, and estimates as follows:

### ***Preliminary Statement***

      This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

### *Information Requested by the Court*

1.      Plaintiff does not have all of the time and pay records from his employment in his possession at this time, and so he must estimate the hours he worked, the pay he received for those hours, and the corresponding wages due.

2.      Plaintiff prepared this Statement of Claim with the assistance of counsel.

3.      Plaintiff estimates that he is owed **$2,322.32** in unpaid overtime wages.

4.      Plaintiff calculated this estimate as follows:

| Dates Worked | Weeks Owed | Overtime Worked | Hourly Rate | Overtime Rate | Overtime Owed |
|---|---|---|---|---|---|
| Oct. 3, 2024 - Jan. 17, 2025 | 11 | 8 hours/week | $17.59/hour | $26.39/hour | $2,322.32 |

5.      Plaintiff is claiming that he is owed overtime wages for work he performed **between October 3, 2024 and January 17, 2025**.

6.      Plaintiff also seeks liquidated damages in an amount equal to the above unpaid overtime wages, plus reasonable attorneys' fees and costs pursuant to the FLSA.

7.      Plaintiff's Statement of Claim is based on the information currently known and/or available to him.

8.      Plaintiff reserves the right to amend this Statement of Claim based on additional information provided by Defendant through discovery, and/or as additional/different information becomes known.

9.      This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

Respectfully submitted this 27th day of February 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*