UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558

ALEXIS LOPEZ,

   Plaintiff,

v.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

   Defendant.

_____/

**DEFENDANT PASTEUR AND WELLMAX TRANSPORTATION, LLC'S DISCLOSURE OF CORPORATE INTEREST**

Defendant Pasteur & Wellmax Transportation, LLC ("PW Transportation") hereby discloses, pursuant to Rule 7 of the Federal Rules of Civil Procedure, the following corporate interests:

PW Transportation states that it is a privately owned company and no publicly held corporation owns ten percent (10%) or more of its stock.

PW Transportation further states that its parent company is Pasteur & Wellmax Holdco, LLC.

| | |
|---|---|
| Dated: March 6, 2025. | Respectfully submitted, |

**POLSINELLI PC**

By: */s/ Michelle G. Bernstein*
Michelle G. Bernstein
Florida Bar Number: 1030736
315 S. Biscayne Blvd., Suite 400
Miami, FL  33131
Telephone: (305) 921-1818
Facsimile: (305) 921-1801
mbernstein@polsinelli.com
cmoreno@polsinelli.com

**Robert J. Hingula\*** (MO 56353)
*(\*pro hac vice forthcoming)*
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Phone: (816) 753-1000
Fax: (816) 753-1536
Email: rhingula@polsinelli.com

**Derek A. McKee\*** (TX 24108765)
*(\*pro hac vice forthcoming)*
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Phone: (214) 754-5741
Fax: (214) 292-9487
Email: dmckee@polsinelli.com

*Counsel for Defendant Pasteur & Wellmax Transportation, LLC*