## JOINT CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Motion | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions or Contempt | Yes _____ | No _____ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes _____ | No _____ |
| 6. | Motions to Certify or Decertify Class | Yes _____ | No _____ |
| 7. | Motions for Preliminary Injunction | Yes _____ | No _____ |
| 8. | Motions for Summary Judgment | Yes _____ | No _____ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No _____ |
| 10. | All other Pre-Trial Motions | Yes _____ | No _____ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | Yes _____ | No _____ |

_____     _____
(Date)                                           Signature of
                                                 Counsel for _____

_____     _____
(Date)                                           Signature of
                                                 Counsel for _____

_____     _____
(Date)                                           Signature of
                                               Counsel for _____

_____     _____
(Date)                                           Signature of
                                               Counsel for _____