UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX
TRANSPORTATION, LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RELATED ACTION

Plaintiff, Alexis Sosa, pursuant to the Court's Order entered March 11, 2025 [ECF No. 11], certifies that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State Court, or administrative agency as indicated below:

__X__    IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State Court, or administrative agency.

Respectfully submitted this 11th day of March 2025.

                                                      s/ Patrick Brooks LaRou
                                                      Brian H. Pollock, Esq. (174742)
                                                      brian@fairlawattorney.com
                                                      Patrick Brooks LaRou, Esq. (1039018)
                                                      brooks@fairlawattorney.com
                                                      **FAIRLAW FIRM**
                                                      135 San Lorenzo Avenue, Suite 770
                                                      Coral Gables, Florida 33146
                                                      Telephone: (305) 230-4884
                                                      *Counsel for Plaintiff*