UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558

ALEXIS LOPEZ,

    Plaintiff,

v.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Derek A. McKee of the law firm of Polsinelli PC, 2950 N. Harwood Street, Suite 2100, Dallas, Texas 75201, 214-661-5520, for purposes of appearance as co-counsel on behalf of Defendant, Pasteur & Wellmax Transportation LLC, ("PW Transportation" or "Defendant") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Derek A. McKee to receive electronic filings in this case, and in support thereof states as follows:

    1.    Derek A. McKee is not admitted to practice in the Southern District of Florida and is a member in good standing of the below jurisdictions:

- State Bar of Texas, SBN 24108765
- The Supreme Court of the United States of America

- U.S. Court of Appeals – Fifth Circuit
- U.S. District Court – Northern District of Texas
- U.S. District Court – Southern District of Texas
- U.S. District Court – Eastern District of Texas
- U.S. District Court – Western District of Texas

2. Movant, Michelle G. Bernstein, Esquire, of the law firm of Polsinelli PC, 315 S. Biscayne Blvd., Suite 400, Miami, FL 33131, 305-921-1818, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Derek A. McKee has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Derek A. McKee, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Derek A. McKee at email address: dmckee@polsinelli.com.

WHEREFORE, Michelle G. Bernstein, moves this Court to enter an Order for Derek A. McKee, to appear before this Court on behalf of Defendant, Pasteur & Wellmax Transportation LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Derek A. McKee.

Date: March 18, 2025

Respectfully submitted,

*/s/ Michelle G. Bernstein*
Michelle G. Bernstein
Florida Bar Number 1030736
POLSINELLI PC
315 S. Biscayne Blvd., Suite 400
Miami, FL  33131
Telephone: (305) 921-1818
Facsimile: (305) 921-1801
mbernstein@polsinelli.com

*Attorneys for Defendant*
*Pasteur & Wellmax Transportation LLC*