UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558

ALEXIS LOPEZ,

    Plaintiff,

v.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

    Defendant.
_____/

### CERTIFICATION OF DEREK A. MCKEE

Derek A. McKee, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Texas and the Northern District of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    */s/ Derek A. McKee*
    Derek A. McKee
    Texas Bar No. 24108765
    POLSINELLI PC
    2950 N. Harwood Street, Suite 2100
    Dallas, Texas 75201
    Telephone: (214) 397-0030
    Facsimile: (214) 397-0033
    dmckee@polsinelli.com