UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558

ALEXIS LOPEZ,

    Plaintiff,

v.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

    Defendant.
_____/

### **CERTIFICATION OF ROBERT J. HINGULA**

Robert J. Hingula, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Missouri and U.S. District of Kansas ; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                      */s/ Robert J. Hingula*
                                      **Robert J. Hingula\*** (MO 56353)
                                      900 W. 48th Place, Suite 900
                                      Kansas City, Missouri 64112
                                      Phone: (816) 753-1000
                                      Fax: (816) 753-1536
                                      Email: rhingula@polsinelli.com