UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558

ALEXIS LOPEZ,

    Plaintiff,

v.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, Alexis Lopez ("Plaintiff"), and Defendant, Pasteur & Wellmax Transportation, LLC ("Defendant"), (collectively referred to as the "Parties") pursuant to Fed. R. Civ. P. 26(f), S.D. Fla. L.R. 16.1(b), and this Court's Order entered March 11, 2025 [ECF No. 11], hereby submit this Joint Scheduling Report. Additionally, the Parties submit their Joint Scheduling Form required under the Court's Order [ECF No. 11], attached hereto as "Exhibit A."

1. **A discussion of the likelihood of settlement.**

The Parties expect that Plaintiff's purported claims for unpaid overtime wages and retaliation under the FLSA may be resolved through private settlement. The Parties are currently engaged in settlement negotiations with hopes of reaching an out-of-court resolution of this case.

2. **A discussion of the likelihood of appearance in the action of additional parties.**

PW Transportation does not expect there to be any additional parties necessary to adjudicate this dispute. At this time, Plaintiff is uncertain whether additional parties will appear in this case, although he is aware of other similarly situated employees of Defendant who may be willing to join this action.

3. **The necessity or desirability of amendments to the pleadings.**

PW Transportation does not expect the need to amend its pleadings at this time. However, should Plaintiff amend his Original Complaint, PW Transportation may need to reevaluate the possibility of an amendment. Plaintiff does not anticipate the need to amend the pleadings at this time.

4. **A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses.**

The Parties do not anticipate that a single-Plaintiff wage and hour dispute for purported unpaid wages requires any further simplification of issues, particularly because the relevant time period in Plaintiff's Original Complaint is approximately three months long (October 2, 2024, to January 17, 2025). *See* Dkt. No. 1 at ¶ 16. Therefore, at this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the Parties will, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

5. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

None at this time.

6. **A discussion of possible admissions of fact; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence.**

The Parties are amenable to discussing methods for stipulating to the authenticity of documents produced by Defendant related to Plaintiff's personnel records, timekeeping records, pay records, and other employment-related documents that it has kept in the ordinary course of its business.

**7. A preliminary estimate of the time required for trial.**

The Parties agree that trial should be approximately 4 days, as it is expected to remain as a single-Plaintiff case.

**8. Any other information that might be helpful to the Court.**

None at this time.

Dated: April 10, 2025.

Respectfully submitted,

| **FAIRLAW FIRM** | **POLSINELLI PC** |
|---|---|
| */s/ Patrick Brooks LaRou* <br> Brian H. Pollock, Esq. (174742) <br> brian@fairlawattorney.com <br> Patrick Brooks LaRou, Esq. (1039018) <br> brooks@fairlawattorney.com <br> 135 San Lorenzo Avenue, Suite 770 <br> Coral Gables, Florida 33146 <br> Telephone: (305) 230-4884 <br><br> *Counsel for Plaintiff* | */s/ Robert J. Hingula* <br> Michelle G. Bernstein <br> Florida Bar Number: 1030736 <br> 315 S. Biscayne Blvd., Suite 400 <br> Miami, FL  33131 <br> Telephone: (305) 921-1818 <br> Facsimile: (305) 921-1801 <br> mbernstein@polsinelli.com <br> FLdocketing@polsinelli.com <br> cmoreno@polsinelli.com <br><br> **Robert J. Hingula\*** (MO 56353) <br> *(\*admitted pro hac vice)* <br> 900 W. 48th Place, Suite 900 <br> Kansas City, Missouri 64112 <br> Phone: (816) 753-1000 <br> Fax: (816) 753-1536 <br> Email: rhingula@polsinelli.com <br><br> **Derek A. McKee\*** (TX 24108765) <br> *(\* admitted pro hac vice)* <br> 2950 N. Harwood Street, Suite 2100 <br> Dallas, Texas 75201 <br> Phone: (214) 754-5741 <br> Fax: (214) 292-9487 <br> Email: dmckee@polsinelli.com <br><br> *Counsel for Defendant Pasteur & Wellmax Transportation, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 10, 2025, on all counsel of record via the Court's CM/ECF system pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ Derek A. McKee*
Derek A. McKee