UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX
TRANSPORATION, LLC,

    Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff, Alexis Lopez, pursuant to the Court's Order of Referral to Mediation entered April 17, 2025 [ECF No. 24], hereby notifies the Court that the parties have agreed to utilize **Tina Scott Polsky, Esq. as mediator** in this case. The parties have scheduled mediation to occur **June 17, 2025**, beginning at **10:00 a.m. via Zoom videoconference**.

    Respectfully submitted this 1st day of May 2025.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
