# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20558-CIV-LENARD/ELFENBEIN

**ALEXIS LOPEZ,**

     Plaintiff,

**v.**

**PASTEUR & WELLMAX TRANSPORTATION, LLC,**

     Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with **Tina Scott Polsky, Esq. on June 17, 2025, at 10:00 a.m., by Zoom videoconference**.  This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of May, 2025.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**