UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX
TRANSPORTATION, LLC,

    Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., respectfully requests that the Court grant him permission to withdraw as counsel for Plaintiff, Alexis Lopez, based on the following:

1. Patrick Brooks LaRou, Esq., previously filed a " Notice of Dissociation of Patrick Brooks LaRou, Esq., as Counsel for Plaintiff." [ECF No. 27.

2. In that notice, Patrick Brooks LaRou, Esq., informed the Court and all parties that he is no longer affiliated with FairLaw Firm, is no longer of record for Plaintiff, Alexis Lopez, and no longer has an interest in the outcome of this action.

3. The Court subsequently issued a Clerk's Notice to Filer on May 19, 2025, concerning the aforementioned "Notice (Other)". [ECF No. 28.]

4. The Clerk's Notice indicated that the request could not be executed without leave of Court and instructed the filer to file the request as outlined in Local Rule 11.1(d)(3) and CM/ECF Administrative Procedures.

1

5.      Patrick Brooks LaRou, Esq., therefore requests that the Court enter an Order permitting him to withdraw as counsel for Plaintiff, Alexis Lopez, and that the undersigned be relieved of any further responsibility in this action.

6.      Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

WHEREFORE, Patrick Brooks LaRou, Esq., requests this Court to enter an Order granting the undersigned leave to withdraw as counsel for Plaintiff Alexis Lopez, while acknowledging that Brian H. Pollock, Esq., and FairLaw Firm will remain as counsel for Plaintiff, and to relieve him of all further responsibilities in this matter based on the foregoing.

Respectfully submitted this 2nd day of June 2025.

Patrick Brooks LaRou, Esq.
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
