UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX
TRANSPORTATION, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Alexis Lopez, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 20th day of June 2025.

                                               <u>Brian H. Pollock, Esq.</u>
                                               Brian H. Pollock, Esq. (174742)
                                               brian@fairlawattorney.com
                                               FAIRLAW FIRM
                                               135 San Lorenzo Avenue
                                               Suite 770
                                               Coral Gables, FL 33146
                                               Tel:   305.230.4884
                                               *Counsel for Plaintiff*