UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

v.

PASTEUR & WELLMAX TRANSPORTATION, LLC,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

    Before this Court is Defendant Pasteur & Wellmax Transportation, LLC's ("Defendant" or "PW Transportation") *Unopposed Motion to File Confidential Settlement Agreement Under Seal and Memorandum of Law in Support* (the "*Motion*"). Having considered the *Motion* and the record, the Court finds that Defendant has shown good cause to permit filing the settlement agreement under seal. Accordingly, the Court *Motion* is hereby **GRANTED**.

    Therefore, **IT IS ORDERED** that the settlement agreement shall be filed under seal and shall remain sealed permanently absent another Court order to the contrary.

    It is so **ORDERED**.

    Signed this _____ day of _____, 2025.

                                                _____
                                                JUDGE PRESIDING