UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-20558-LENARD/ELFENBEIN

ALEXIS LOPEZ,

    Plaintiff,

vs.

PASTEUR & WELLMAX
TRANSPORTATION, LLC,

    Defendants.
_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Marty Fulgueira Elfenbein) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 11th day of September 2025.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

s/ Derek A. McKee
Michelle G. Bernstein
Florida Bar Number: 1030736
315 S. Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 921-1818
mbernstein@polsinelli.com
FLdocketing@polsinelli.com
cmoreno@polsinelli.com

Robert J. Hingula* (MO 56353)
(*admitted pro hac vice)
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Phone: (816) 753-1000
Email: rhingula@polsinelli.com

Derek A. McKee* (TX 24108765)
(* admitted pro hac vice)
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Phone: (214) 754-5741
Email: dmckee@polsinelli.com
*Counsel for Defendant Pasteur & Wellmax Transportation, LLC*